UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILSHAWN TALLEY-ELLIS,

        Petitioner,               Civil No.: 2:22-cv-12841

                                       Hon. Laurie. J. Michelson
                                       United States District Judge

v.

SARAH SCHROEDER,

        Respondent.
_____/

**ORDER DIRECTING DOCKET ENTRIES REFILED IN
CASE NO. 2:22-cv-11121 AND CLOSING CASE NO. 2:22-cv-12841**

The present habeas corpus petition was assigned to the undersigned on November 23, 2022. (ECF No. 1.) While the Court reviewed the case, it discovered that the present petition and application to proceed without prepaying costs appeared to correct a filing deficiency in a habeas matter already filed in the Eastern District of Michigan before District Judge Mark A. Goldsmith. *See Talley-Ellis v. Schroeder*, No. 2:22-cv-11121, ECF Nos. 1, 5. The Court will therefore order the Clerk of the Court to refile all docket entries in the present case to *Talley-Ellis v. Schroeder*, No. 2:22-cv-11121. And the Clerk of the Court shall close the present case, *Talley-Ellis v. Schroeder*, No. 2:22-cv-12841.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court **REFILE** all docket entries in the present case to Case Number 2:22-cv-11121.

**IT IS FURTHER ORDERED** that the Clerk of the Court **CLOSE** Case Number 2:22-cv-12841.

**IT IS SO ORDERED.**

Dated: December 13, 2022

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
